IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02481-KLM

CELIA HOARD,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Notice of Settlement and Unopposed Motion to Vacate Scheduling Conference and All Deadlines** [#17].  Plaintiff states that a settlement has been reached between the parties, and requests that the Court vacate the Scheduling Conference set for March 3, 2016, and all other deadlines in the case, as the Motion to Dismiss [#11] has become moot. Accordingly,

    IT IS HEREBY **ORDERED** that the Scheduling Conference set for March 3, 2016 is **VACATED**, and Defendant's Motion to Dismiss [#11] is **DENIED WITHOUT PREJUDICE**.

    IT IS FURTHER **ORDERED** that the parties shall submit dismissal papers no later than **April 11, 2016**.

    Dated:  February 29, 2016